# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 22, 2022

*By the Court:*

|  | SYLVESTER WINCE,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>JOE HERNANDEZ, individually and in his official capacity as Senior Manager of Facilities, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| No. 22-1593 | |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-01546<br>Northern District of Illinois, Eastern Division<br>District Judge Steven Charles Seeger | |

The following is before the court: **MOTION TO FILE DOUBLE SIDED OF 2 VOLUME PAPER COPIES OF SUPPLEMENTAL APPENDIX**, filed on July 22, 2022, by counsel for the appellant.

Because the paper copies of the separate appendix must be identical to the electronic submission, **IT IS ORDERED** that the motion is **GRANTED t**o the extent that appellant Sylvester Wince shall electronically resubmit, by no later than July 28, 2022, the separate appendix in multiple volumes. This separate appendix will replace the single volume filed on July 19, 2022. The paper copies will be due within seven days of the Notice of Docket Activity generated upon the clerk's acceptance of the appendix in multiple volumes. For more information, counsel may contact the clerk's office.

form name: **c7_Order_BTC**     (form ID: **178**)