No. 22-1593

UNITED STATES COURT OF APPEALS

FOR THE

SEVENTH CIRCUIT

SYLVESTER D. WINCE,

          Plaintiff-Appellant,

v.

CBRE, INC.,

          Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

## MOTION TO HOLD APPEAL IN ABEYANCE AND GRANT LEAVE TO FILE RULE 60 MOTION

This matter has been fully briefed and argument was heard on November 8, 2022. Since that time, additional information has come to light which bears directly on Defendants-Appellees' liability. Accordingly, while Petitioner-Appellant, Sylvester D. Wince ("Mr. Wince"), believes that the summary judgment order was erroneous on the record before the district court, if this Court were inclined to uphold the decision below, Mr. Wince would request that the Court instead hold this matter in abeyance and grant leave for Mr. Wince to file a motion for relief from the judgment pursuant to Rule 60(b)(2).

The new evidence in question consists of two emails, which were forwarded to undersigned counsel two days after oral argument herein, from another party in litigation with CBRE in the matter entitled *Adesuwa Alohan vs CBRE, et al.* 20CV 6739. Ms. Alohan's case is pending before the Honorable Judge Steven Seeger and is in the final stages of summary judgement before ADR Systems of America, LLC Commercial Arbitration, ADR Case # 54490CAMG, the matter having been subject to CBRE's Motion to Compel Arbitration, said motion having been granted by Judge Seeger. In comparing the two cases, the corporate Defendant, four of the individually named defendants, the decision makers, the time frame for the denial of promotions and many of the claims for discriminatory treatment are similar if not identical.

The first email is a message, dated September 30, 2022, from Alliance Director, Mike J. Hudson, announcing that CBRE will be implementing a Diversity, Equity, and Inclusion ("DEI") Program in the following month. Ex 29. A reasonable jury could construe this email as an admission that CBRE did not have an adequate DEI program during Mr. Wince's tenure at CBRE and that this oversight contributed to the discrimination that Mr. Wince faced on the basis of his race. The second email, dated October 18, 2022, states that future Engineering Ops Manager interviews will be conducted by a different individual, from out of state "[f]or full objectivity." Ex. 34. A reasonable jury could read this email as constituting an admission that the prior interviews to fill this slot –including the interviewing of Mr. Wince – were *not* done objectively.

To obtain relief under Fed. R. Civ. P. 60(b)(2), the moving party must show that the supposedly new evidence is actually new or newly discovered and that it could not have been discovered and presented prior to judgment with reasonable diligence. *See, e.g.*, *Caisse*

*Nationale de Credit Agricole v. CBI Indus.*, 90 F.3d 1264, 1269 (7th Cir. 1996). Because these admissions did not take place until after the order granting summary judgment, Mr. Wince and his counsel could not have discovered them with due diligence.

  As explained above, Mr. Wince believes that the record before the district court was sufficient to create a reasonable dispute as to whether he was discriminated against, and that summary judgment was therefore inappropriate. If this Court agrees, then this motion is admittedly a moot point. However, if the Court disagrees and is inclined to uphold the order below, Mr. Wince would request that it hold the appeal in abeyance and grant him leave to file a Rule 60 motion to introduce these emails.

Calvita J. Frederick             SYLVESTER WINCE
Calvita J. Frederick & Associates
Post Office Box 802976           By;  s/ Calvita J. Frederick
Chicago, Illinois 60680-2976           His Attorney
312-421-5544
312-277-7190 facsimile
ARDC # 6184001
cjf@cjfredericklaw.com
calvita.frederick@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing Motion to Hold Appeal in Abeyance and File Rule 60 Motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I also certify that I served the foregoing Docketing Statement on the individuals referenced on the Service List, below by CM/EFC system on November 22, 2022.

                                              s/ Calvita J. Frederick
                                              Attorney for The Plaintiff-Appellant

### Service List

Jill S. Vorobiev (6237734)
Amy I. Harwath (6324021)
Reed Smith LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
Email: jvorobiev@reedsmith.com
Email: aharwath@reedsmith.com

/s/Calvita J. Frederick